# Exhibit I

# AQUINAS COLLEGE

August 14, 2017

Jane Roe

Dear Jane,

This letter confirms the official decision of the Sexual Assault Judicial Hearing Board (JHB) regarding the hearing held on Tuesday, August 8, 2017, in which you served as Complainant.

Using the standard of proof of "preponderance of evidence" the JHB has found the respondent, John Doe, responsible for both of the Student Code of Conduct violations listed below:

- 3. Safety, A: Behavioral Misconduct and Harassment
- 3. Safety, D: Sexual Assault, Dating Violence, Domestic Violence, Stalking, and Sexual Misconduct/Exploitation

As a result of this decision, the following sanctions apply for the respondent:

- **Expulsion**

The complainant or the respondent may appeal a decision or sanction of the Judicial Hearing Board within five (5) business days of receipt of the written decision of the Judicial Hearing Board by filing an appeal with the Provost of Aquinas College, Dr. Stephen Barrows, in accordance with the procedures outlined in the Student Conduct Code Judicial Process found at found at https://www.aquinas.edu/life-aq/student-affairs/aquinas-college-judicial-process. If no appeal is made within this time frame, the decision of the Judicial Hearing Board will become final.

Please contact me should you have any questions.

Sincerely,



Andrea Wirgau, EdD
Title IX Deputy Coordinator
abw001@aquinas.edu

CC:
Registrar
Athletic Director
Director of Residence Life
AVP of Student Affairs
Director of Campus Safety

# AQUINAS COLLEGE

August 14, 2017

To: John Doe

Dear John

This letter confirms the official decision of the Sexual Assault Judicial Hearing Board (JHB) regarding the hearing held on Tuesday, August 8, 2017, in which you served as Respondent.

Using the standard of proof of "preponderance of evidence" the JHB has found the respondent, John Doe, responsible for both of the Student Code of Conduct violations listed below:

- 3. Safety, A: Behavioral Misconduct and Harassment
- 3. Safety, D: Sexual Assault, Dating Violence, Domestic Violence, Stalking, and Sexual Misconduct/Exploitation

As a result of this decision, the following sanctions apply for the respondent:

- **Expulsion**

The complainant or the respondent may appeal a decision or sanction of the Judicial Hearing Board within five (5) business days of receipt of the written decision of the Judicial Hearing Board by filing an appeal with the Provost of Aquinas College, Dr. Stephen Barrows, in accordance with the procedures outlined in the Student Conduct Code Judicial Process found at found at https://www.aquinas.edu/life-aq/student-affairs/aquinas-college-judicial-process. If no appeal is made within this time frame, the decision of the Judicial Hearing Board will become final.

Please contact me should you have any questions.

Sincerely,

*Andrea Wirgau*

Andrea Wirgau, EdD
Title IX Deputy Coordinator
abw001@aquinas.edu

CC:
Registrar
Athletic Director
Director of Residence Life
AVP of Student Affairs
Director of Campus Safety