UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN DOE,

       Plaintiff,

v.

AQUINAS COLLEGE and AQUINAS
COLLEGE BOARD OF TRUSTEES and
KEVIN KWIATKOWSKI, STEPHEN
BARROWS, KEVIN QUINN, SANDY
HARLEY, THAD SALTER, and
HEATHER QUAKENBUSH, as agents for
AQUINAS COLLEGE, jointly and severally,

       Defendants.

Case No. 1:18-cv-00649

Honorable Paul L. Maloney
Magistrate Judge Ray Kent

| | |
|---|---|
| David A. Nacht (P47034) | Stephanie R. Setterington (P58177) |
| Adam M. Taub (P78334) | Charyn K. Hain (P46931) |
| NachtLaw, P.C. | Varnum LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 101 N. Main Street, Suite 555 | Bridgewater Place, P.O. Box 352 |
| Ann Arbor, MI 48104 | Grand Rapids, MI 49501-0352 |
| (734) 663-7550 | (616) 336-6466 |
| dnacht@nachtlaw.com | srsetterington@varnumlaw.com |
| ataub@nachtlaw.com | ckhain@varnumlaw.com |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

The parties, through their respective counsel, stipulate and agree that this case, in its entirety, shall be dismissed against all Defendants with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| /s/ David A. Nacht | /s/ Stephanie R. Setterington (w. permission) |
| David A. Nacht (P47034) | Stephanie R. Setterington (P58177) |
| Adam M. Taub (P78334) | Charyn K. Hain (P46931) |
| Attorneys for Plaintiff | Varnum LLP |
| 101 N. Main Street, Suite 555 | Attorneys for Defendant |
| Ann Arbor, MI  48104 | Bridgewater Place, P.O. Box 352 |
| (734) 663-7550 | Grand Rapids, MI  49501-0352 |
| | (616) 336-6000 |

## **ORDER FOR DISMISSAL**

This matter is before the Court on the parties' Stipulation and Order for Dismissal seeking to dismiss, with prejudice and with each party to bear its own costs, expenses and attorneys' fees, this action against Defendants.  The Court having reviewed the stipulation,

IT IS HEREBY ORDERED that this action is dismissed, in its entirety against all Defendants, with full prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Honorable Paul L. Maloney
U.S. District Court Judge